IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TIARE TECHNOLOGY, INC.,<br><br>        Plaintiff,<br>vs.<br><br>FREDDY'S, LLC AND FREDDY'S HOLDINGS, INC.<br><br>        Defendants. | Civil Action No. 2:22-cv-00046-JRG-RSP |

**UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants Freddy's LLC and Freddy's Holdings, Inc. (collectively, "Defendants"), by and through the undersigned counsel, hereby respectfully move the Court for a 30-day extension of time to respond to the original complaint from April 6, 2022 to May 6, 2022. This motion is unopposed by Plaintiff Tiare Technology, Inc. ("Plaintiff").

Defendants previously requested and received a total of 30 days extension to respond to the original complaint (Dkt 7). Defendants have requested, and Plaintiff has consented to, an additional 30-day extension, subject to the approval of the Court, to allow additional time to discuss resolving the case.

Defendants request this additional extension in good faith in view of their deadline to respond to the complaint, and not for purposes of delay.

A proposed order is submitted herewith.

Respectfully submitted,

**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**

By: _____
   Jason E. Mueller
   Texas Bar No. 24047571
   jmueller@sheppardmullin.com

   2200 Ross Avenue, Suite 2000
   Dallas, Texas 75201
   Phone: (469) 391-7400
   Fax: (469) 391-7401

   **ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that, in the course of communicating with Plaintiff's counsel via e-mail on Wednesday, April 13, 2022, Plaintiff's counsel stated that Plaintiff did not oppose the present motion.

_____
Jason E. Mueller

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed on April 20, 2022 with the clerk of the court for the U.S. District Court, Eastern District of Texas using the CM/ECF system, which provides notification of such filing to all counsel of record.

_____
Jason E. Mueller