IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TIARE TECHNOLOGY, INC.,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>FREDDY'S, LLC AND FREDDY'S HOLDINGS, INC.<br><br>　　　　　Defendants. | Civil Action No. 2:22-cv-00046-JRG-RSP |

## ORDER

Before the Court is the Unopposed Motion for 30-Day Extension of Time to Respond to Complaint ("Motion") filed by Defendants Freddy's LLC and Freddy's Holdings, Inc. (collectively, "Defendants"). **Dkt. No. 9.**

After due consideration, the court GRANTS the Motion. It is therefore **ORDERED** that Defendants' deadline to respond to the original complaint is extended from April 6, 2022 to May 6, 2022.

　　　SIGNED this _____ day of April 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. ROY S. PAYNE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE