IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TIARE TECHNOLOGY, INC., <br><br> Plaintiff, <br> vs. <br><br> FREDDY'S, LLC AND FREDDY'S HOLDINGS, INC. <br><br> Defendants. | Civil Action No. 2:22-cv-00046-JRG-RSP |

## ORDER

Before the Court is the Unopposed Motion for 30-Day Extension of Time to Respond to Complaint ("Motion") filed by Defendants Freddy's LLC and Freddy's Holdings, Inc. (collectively, "Defendants"). **Dkt. No. 9.**

After due consideration, the court GRANTS the Motion. It is therefore **ORDERED** that Defendants' deadline to respond to the original complaint is extended from April 6, 2022 to May 6, 2022.