**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **TIARE TECHNOLOGY, INC.,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**FREDDY'S LLC and FREDDY'S HOLDINGS, INC.**<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 2:22-cv-0046-JRG-RSP**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF/COUNTER-DEFENDANT TIARE TECHNOLOGY, INC.'S ANSWER TO DEFENDANTS FREDDY'S LLC. AND FREDDY'S HOLDINGS, INC.'S COUNTERCLAIMS**

Plaintiff/Counter-Defendant Tiare Technology, Inc. ("Tiare") hereby answers Defendant/Counter-Plaintiff Freddy's LLC. and Freddy's Holdings, Inc.'s ("Freddy's" or "Defendants") Counterclaims (Dkt. No. 11, at 1−41). Tiare sets forth by reference paragraphs 1 through 120 of its Original Complaint (Dkt. No. 1) in its entirety as if fully set forth herein.

## I. COUNTERCLAIMS FOR DECLARATORY JUDGMENT

1. No response is required to to paragraph 1 of Freddy's Counterclaims.[1]

## II. BACKGROUND

2. Tiare admits the allegations in paragraph 2.

[1] The paragraph numbering of this answer begins at 1, matching the paragraph number used in Freddy's Counterclaims. The section titles are, similarly, the titles used from Freddy's Counterclaims and are reproduced only for that reason.

3. Tiare admits that it has accused Freddy's of infringing the Patents-in-Suit. Tiare denies the remainder of the allegations in paragraph 3.

4. Tiare admits the allegations in paragraph 4.

## III. THE PARTIES

5. Tiare admits the allegations in paragraph 5.

6. Tiare admits the allegations in paragraph 6.

7. Tiare admits the allegations in paragraph 7.

## IV. JURISDICTION AND VENUE

8. Tiare admits the allegations in paragraph 8.

9. Tiare admits the allegations in paragraph 9.

10. Tiare admits the allegations in paragraph 10.

## V. FIRST COUNTERCLAIM DECLARATION OF NON-INFRINGEMENT OF THE '729 PATENT

11. Tiare incorporates by reference its admissions and denials set forth in the preceding paragraphs as if fully set forth herein.

12. Tiare admits the allegations in paragraph 12.

13. Tiare denies the allegations in paragraph 13.

14. Tiare denies the allegations in paragraph 14.

15. Tiare denies the allegations in paragraph 15.

16. Tiare denies the allegations in paragraph 16.

## VI. SECOND COUNTERCLAIM
## DECLARATION OF NON-INFRINGEMENT OF THE ’414 PATENT

17. Tiare incorporates by reference its admissions and denials set forth in the preceding paragraphs as if fully set forth herein.

18. Tiare admits the allegations in paragraph 18.

19. Tiare denies the allegations in paragraph 19.

20. Tiare denies the allegations in paragraph 20.

21. Tiare denies the allegations in paragraph 21.

22. Tiare denies the allegations in paragraph 22.

## VII. THIRD COUNTERCLAIM
## DECLARATION OF NON-INFRINGEMENT OF THE ’224 PATENT

23. Tiare incorporates by reference its admissions and denials set forth in the preceding paragraphs as if fully set forth herein.

24. Tiare admits the allegations in paragraph 24.

25. Tiare denies the allegations in paragraph 25.

26. Tiare denies the allegations in paragraph 26.

27. Tiare denies the allegations in paragraph 27.

28. Tiare denies the allegations in paragraph 28.

## VIII. FOURTH COUNTERCLAIM
## DECLARATION OF INVALIDITY OF THE ’729 PATENT

29. Tiare incorporates by reference its admissions and denials set forth in the preceding paragraphs as if fully set forth herein.

30. Tiare admits the allegations in paragraph 30.

31. Tiare denies the allegations in paragraph 31

32. Tiare denies the allegations in paragraph 32.

## IX. FIFTH COUNTERCLAIM DECLARATION OF INVALIDITY OF THE ’414 PATENT

33. Tiare incorporates by reference its admissions and denials set forth in the preceding paragraphs as if fully set forth herein.

34. Tiare admits the allegations in paragraph 34.

35. Tiare denies the allegations in paragraph 35.

36. Tiare denies the allegations in paragraph 36.

## X. SIXTH COUNTERCLAIM DECLARATION OF INVALIDITY OF THE ’224 PATENT

37. Tiare incorporates by reference its admissions and denials set forth in the preceding paragraphs as if fully set forth herein.

38. Tiare admits the allegations in paragraph 38

39. Tiare denies the allegations in paragraph 39

40. Tiare denies the allegations in paragraph 40.

## XI. DEMAND FOR A JURY

41. Tiare joins Freddy’s’s demand for a jury trial.

## XII. PRAYER FOR RELIEF

The section of Freddy’s’s Counterclaims entitled “Prayer for Relief” sets forth the statement of relief requested by Freddy’s, to which no response is required. Should the Court deem a response is required, Tiare denies that Freddy’s is entitled to any relief sought in this section and requests that the Court deny all relief sought by Freddy’s in its entirety and with prejudice.

## XIII. PRAYER FOR RELIEF FROM FREDDY'S'S COUNTERCLAIMS

WHEREFORE, Plaintiff/Counter-Defendant Tiare prays for entry of judgment in its favor and against Defendant/Counter-Plaintiff Freddy's as follows:

A. For a judgment dismissing Defendant/Counter-Plaintiff Freddy's's counterclaims with prejudice; and

B. That Plaintiff/Counter-Defendant Tiare be awarded such other and further relief as the Court may deem just and proper, including all relief requested in Plaintiff's Complaint.

Dated: May 27, 2022

Respectfully submitted,

By: /s/ Christian J. Hurt
William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
Christian Hurt
Texas State Bar No. 24059987
churt@davisfirm.com
**THE DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

***Counsel for Plaintiff Tiare Technology, Inc.***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served this May 27, 2022, on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

/s/ Christian J. Hurt
Christian J. Hurt